UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

        **Plaintiff,**

v.

**LH HOSPITALITY LLC d/b/a JANE RESTAURANT AND BAR a/k/a JANE**,
a New York for profit corporation and
**ROCINANTE CORP.,** a New York for profit corporation,

        **Defendants.**

_____

Case No. 17-cv-05993-VEC

### STATUS REPORT AND MOTION TO ADJOURN SEPTEMBER 8, 2017, INITIAL CONFERENCE

Plaintiff, **FREDKIEY HURLEY**, by and on behalf of the parties, pursuant to the Federal Rules of Civil Procedure, this Court's Local Rules and all other applicable rules, statutes and procedures, hereby provides this Court with the following Status Report:

1. Defendants **LH HOSPITALITY LLC d/b/a JANE RESTAURANT AND BAR a/k/a JANE and ROCINANTE CORP.** have been properly served with the Complaint. (See D.E. 1)

2. Defendants **LH HOSPITALITY LLC d/b/a JANE RESTAURANT AND BAR a/k/a JANE and ROCINANTE CORP.** were properly served but has yet filed a response to the Complaint. (See D.E. 8 & 9)

3. Plaintiff seeks an adjournment of the conference scheduled for September 8, 2017, at 10:00 am, as the Defendants **LH HOSPITALITY LLC d/b/a JANE RESTAURANT AND BAR a/k/a JANE and ROCINANTE CORP** have not yet filed an answer to the Complaint as they were recently served.

4.       Plaintiff asks for 30 day extension to allow Defendant to file an answer.

5.       If no answer is file within the 30 day extension Plaintiff will file for Clerk's Default to file a Motion for Final Default.

6.       Defendants will not be prejudiced as Defendant(s) has not filed any responsive pleading.

WHEREFORE, Plaintiff respectfully provides this Court with a Status Report and Motion to Adjourn Conference.

Respectfully submitted on September 1, 2017.

**By: /s/ Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4158666

**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, New York 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Status Report and Motion to Adjourn Conference on August 17, 2017, has been served via the Court's CM/ECF filing system upon all parties of record on September 1, 2017.

**By: /s/ Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4158666